# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): Miksch, John | Case No. [For a new case in this court, leave blank. The court will assign a case number.] 3:23-cv-980 |
|---|---|
| Place of Confinement: ISP | Earliest Possible Release Date: 5/29/30 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.]

1. Name of facility holding the hearing: __Indiana State Prison__
   Date of hearing: __8__/__1__/__23__. Case number: __ISP 23-03-0303__
   Offense: __Possession of Electronic Device__
   Code # __207__.    Did you plead guilty? ○ Yes. ✓ No.

2. Lost earned credit time? ○ No. ✓ Yes, I lost __90__ days earned credit time.
   Was the loss of earned credit time suspended? ✓ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/___.

3. Demoted in credit class? ✓ No. ○ Yes, I was demoted from Class ___ to Class ___.
   Was the demotion suspended? ○ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/___.

4. Appealed to the Superintendent? ○ No. ✓ Yes, the result was: __Denied__

5. Appealed to Final Reviewing Authority? ○ No. ✓ Yes, the result was: __Denied__

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ✓ No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

   ○ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ✓ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE:** [Briefly describe your claim.] Denied Due Process - Policy 02-04-102 Page 4 U. Due Process: These rights consist of: "line 2" The right to lay representation.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

As reflected on "State Form 39585" Notice of Disciplinary Hearing Screening Report I asked to have a lay Advocate present at the time of my hearing. At the time of my hearing with C/O Smith NO lay Advocate was present Nor was there one offered to me or brought in. On "State Form 35447" Notice of lay Advocate / Witness is shows my hearing was held on 7/11/23 when in fact it was held on 8/1/23. After reviewing multiple documents they all reflect the date of hearing as 7/11/23 which make them all inaccurate and false. Policy 02-04-102 Page 45 5. Correction of errors "a." "b.": The correct date of 8/1/23 is shown on page 2 of "State Form 39586" Report of Disciplinary Hearing where C/O Smith and I sign and date form when hearing was complete. Camera footage will reflect facts in Ground 1.

Did you present Ground One to the Final Reviewing Authority? ☑ Yes. ☐ No, because _____

**GROUND TWO:** [Briefly describe your claim.] Denied Due Process - Policy 02-04-102 Page 4 U. Due Process: These rights consist of: "line 3" The right to request witnesses on your behalf.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

At the time of my hearing I asked for C/O husbys witness statement due to what I believe was a selected exclusion of physical evidence from this case. C/O Smith advised me there was no statement and nothing showing C/O husby was present at the time of the shakedown he is NOT a witness. Please refer to conduct report JSP-23-03-0297 and JSP 23-03-0304 showing with out question C/O husby was in fact present at the time of the shakedown by him writing Conduct Reports based off it. Why he was selected to be left out of Sgt Nelsons report as witness is unknown but because of that he was NOT required to give a statement and I was unable to call as a witness. If all evidence had been gathered including tattoo maker and Ink that where will write this offense would have been Class C. Policy 02-04-102 Page 14 2. d. and 3.

Did you present Ground Two to the Final Reviewing Authority? ☑ Yes. ☐ No, because _____

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND THREE**: [*Briefly describe your claim.*] Excessive amount of "Clerical Errors" / In-accurate information that makes evidence presented not factual - Policy 02-04-102 Page 20 3.b.

**Supporting Facts**: [*Do not argue or cite law. Just state the specific facts that support your claim.*]
"State Form 36030" Notice of Confiscated Property," State Form 2287" Evidence Record, and pictures not issued to me within 24 hours of Incident or at the time of screening. On 7/11/23 111 days after incident I went to DHB Office where Lt. Castinetta advised me the "File" is missing to many things to have my hearing and she would send me a pass at a later date 4 days later I recieved more documentation on the case. Policy 02-04-102 Page 34 g. and (2) Page 35 (2) and (3). C/O husby the 2nd C/O at shakedown not listed as witness or give statement on what items where removed. Policy 02-04-102 page 14 b. and d. / page 14 3. The name written on "State Form 36030" Notice of Confiscated Property is NOT my name. Policy 02-04-102 Page 45, 5. a. The items involved and shown in pictures was a basic USB cable NOT a phone charger the items could NOT be used to charge phone.

Did you present Ground Three to the Final Reviewing Authority? ☑ Yes. ☐ No, because _____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [*Check all that apply.*]
- ☑ Report of Conduct
- ☑ Screening Report
- ☑ Report of Disciplinary Hearing
- ☑ Letter from the Final Reviewing Authority
- ☑ Other relevant documents: Notice to hay Advocate/Witness, Notice of Confiscated Property, Conduct Report ISP 23-03-297, Conduct Report ISP 23-03-304, Evidence Record, Excessive Clerical Errors Exhibit.

## RELIEF

I ask for the following relief: 90 days credit to Goodtime, whatever else the Court deems appropriate in the form of relief, and CPCT time-out granted. _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on 10/27/2023 at 11:30 ☑am/pm.
[*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____    227212
Signature                            Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]