# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOHN MIKSCH
        Petitioner

   v.

                                     Civil Action No. 3:23-cv-980

WARDEN
Indiana State Prison

        Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: The Petition for Writ of Habeas Corpus is DENIED. Petitioner John Miksch is DENIED leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915(a)(3).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Theresa L Springmann on a Petition for Writ of Habeas Corpus.

DATE: 5/2/2024                          CHANDA J. BERTA, CLERK OF COURT

                                                  by   s/ M. Murray
                                                  *Signature of Clerk or Deputy Clerk*